and the writ shall issue forthwith. *Paul C. Borges,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant.

June 10, 1976.

M. P. No. 75-325. CONTRACTORS SERVICE, INC. *et al. v.* FRANK GALLO *et al.* Motion of respondent to dismiss the appeal is denied. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for plaintiffs-respondents. *Schecter, Abrams & Verri, Robert P. Verri,* for defendants-petitioners.

M. P. No. 76-144. MARGARET VINCENT *v.* JOHN J. AFFLECK, *Individually and in his capacity as Director of the Rhode Island Department of Social and Rehabilitative Services.* Petition for writ of certiorari granted. *Ronald Simon, Diane J. Fuchs,* Rhode Island Legal Services, Inc., for petitioner. *Julius C. Michaelson,* Attorney General, *Harold E. Krause, Jr.,* Special Assist. Attorney General, for respondent.

M. P. No. 76-162. BARBARA COOK *v.* RICHARD A. COOK. Petition for writ of certiorari is granted. *Selya & Iannuccillo, Anthony G. Iannuccillo,* for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

M. P. No. 76-196. DIANE L. DEXTER *v.* ARTHUR D. DEXTER. Petition for writ of certiorari is denied. *Hodosh, Spinella, Hodosh & Angelone, Peter Spinella,* for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

M. P. No. 76-213. CITY OF WARWICK *v.* HENRY ROBALEWSKI. Henry Robalewski is before the court on his motion seeking release from the Rhode Island Training School for Boys pending review of his appeal from a finding by a justice of the Family Court that he was delinquent. The appeal is based upon his contention that the finding of the Family Court Judge rests upon evidence which was the product of an illegal search